

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00026-CV

Allstate Fire and Casualty Insurance Company and Allstate Insurance Company
v.
Jesus Inclan

On Appeal from the
45th District Court of Bexar County, Texas
Trial Cause No. 2017CI08186

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant, Allstate Fire and Casualty Insurance Company and Allstate Insurance Company.

We further order this decision certified below for observance.

January 23, 2020